UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSEPH GUY,

    *Petitioner,*

v.

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-
CIO,

    *Respondent.*

Case No. 1:26-mc-00008

Underlying case: *American Federation of Government Employees, AFL-CIO et al. v. Trump et al.*, No. 25-cv-3698-SI (N.D. Cal.)

## NOTICE REGARDING ERRORS IN PRIOR FILING

Please take notice that it has come to the attention of undersigned counsel that the Emergency Motion, previously filed in this case, Dkt. No. 1, and subsequently transferred to the Northern District of California under Rule 45(f), contained three AI-hallucinated quotations. The attached Declarations have been filed in the Northern District of California to address these inexcusable errors, and we file them here in full candor to this Court.

Dated: May 15, 2026

Respectfully submitted,

/s/ *Jason C. Greaves*
Jason C. Greaves, VSB No. 86164
Jesse R. Binnall, VSB No. 79292
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
      jason@binnall.com

*Counsel for Joseph Guy*

1

2

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which provided electronic service on counsel of record.


/s/ Jason C. Greaves
Jason C. Greaves

*Counsel for Joseph Guy*