Lindsay R. McKasson (CA Bar # 293144)
Lindsay@binnall.com
Jason C. Greaves (VA Bar #86164)
Jason@binnall.com
Jesse R. Binnall (VA Bar #79292)
Jesse@binnall.com
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930

*Attorneys For Non-Party Joseph Guy*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE) et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.  3:25-cv-03698-SI

3:26-mc-80146-SK

**DECLARATION OF JASON C. GREAVES**

I, Jason C. Greaves, state as follows under penalty of perjury to the best of my knowledge and belief:

1.  This declaration is in response to the Court's instruction that I explain, under oath, how three phantom quotations ended up in the Emergency Motion to Quash, originally filed in the Eastern District of Virginia, and subsequently transferred to this Court under Rule 45(f).

2.  I am a Partner at the Binnall Law Group and have practiced law, primarily litigation, for almost 13 years. I have been admitted to practice law in Virginia since 2013, D.C. since 2016, Texas since 2021, Maryland since 2023, and Florida since 2024. I am admitted in nearly all the federal courts of each of these states, as well as in the Second, Fourth, Fifth, Eleventh, and D.C. Circuits, and the United States Supreme Court. I am a member in good standing in each of these

- 1 -

Declaration of Jason C. Greaves – Case Nos. 3:25-cv-03698-SI and 3:26-mc-80146-SK

courts and in each of the state bars where I am admitted, and I have never been subject to discipline or sanctions.

3.    The night of May 6, 2026, in response to this Court's ruling and order of May 5, requiring Joseph Guy to appear for an additional half-day of deposition that Friday, May 8, I filed an Emergency Motion to Quash the underlying subpoena for that deposition.

4.    Given the tight time constraints I used an enterprise level, data-isolated AI platform, Claude Console, to create an initial draft of the motion. That was a mistake. The morning of May 6, I sent the draft to an associate attorney, along with explicit, oral instructions that the draft had come from AI, and I needed the citations to be *carefully checked*. That afternoon, the associate informed me that she had reviewed and verified each citation. She noted that two cases cited on page seven were incorrect, but that she had found a different case to cite.

5.    I relied on the associate's work when I continued work on the motion that evening and ultimately filed the motion later that night. While I reviewed the cited cases generally to confirm their applicability, as well as many other cases that I reviewed, I did not double check the quotations and obviously did not read the cited cases carefully. Under normal firm procedures, this would have been caught by our quality assurance process, but because of the emergency nature of the motion, and the late hour, I filed without circulating the motion out for that final check.

6.    As the supervising partner, and the signer of the pleading, the responsibility for having accurate citations is entirely on me. I take full responsibility for that and apologize fully to the court and to all counsel in this case, for the phantom quotations that appeared in the motion. I have also personally apologized to the Plaintiffs' attorneys. It should also be clear for the record that while my partner Jesse Binnall's name appears in the signature block, because he also represents Mr. Guy, he was not involved in the drafting of this motion whatsoever. Similarly, while my other partner Lindsay McKasson has also made filings on behalf of Mr. Guy in this case, she did not file this motion and had nothing to do with its drafting.

7.    While the cases cited may have generally supported our position, I acknowledge the inexcusable error of allowing the inclusion of phantom quotations. A redlined version of the filing, as it should have been filed and with appropriate citations, is attached herewith as Exhibit A.

8.      This law firm, and I, personally, take very seriously our obligations as officers of the court and our professional duties. This firm has strict policies about use of AI, which are provided to all attorneys and associates, and we have mandatory training to reinforce these policies and to warn against the possibility of hallucinations or inaccuracies in AI-generated text, to protect confidentiality of client data, and to maintain compliance with all ethical obligations under the Rules of Professional Conduct. Those policies specifically state that all AI output is to be treated as "drafts requiring verification," and that "any AI-generated text intended for filing or delivery" must be independently reviewed and verified by an attorney to "[v]erify all citations and facts manually," and to "cross-check reasoning." I obviously failed to adequately follow these policies and I deeply regret that. They also provide that legal drafting and research must be done by an appropriate legal platform, such as Westlaw.

9.      This was the first time I have ever used an AI platform to create a draft of a brief, as my typical use for AI tools is to provide initial analysis of large sets of data, summarize large quantities of documents, search for general information, and search for individual citations.

10.     As a firm, we have undertaken immediate measures to investigate this failure, and to implement additional training on proper verification of citations and responsible use of AI. We are also proactively filing a notice in the Eastern District of Virginia—where the motion was originally filed—to inform them of these circumstances. The internal consequences for this failure are under the review and consideration of our principal.

11.     Again, I wholeheartedly apologize for these errors, which will not be repeated.

Executed May 15, 2026

_Jason C. Greaves_ (VA Bar #86164)

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone Number (703) 888-1943
Fax Number: (703) 888-1930
Jason@binnall.com
*Attorney For Third-Party Joseph Guy*

- 3 -

Declaration of Jason C. Greaves – Case Nos. 3:25-cv-03698-SI and 3:26-mc-80146-SK